**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Phoenix Entertainment Partners, LLC          )
                                             )
                                             )
          Plaintiff(s),                       )
                                             )
          vs.                                 )          Case No.  4:17-cv-1209
                                             )
Sports Legends, LLC d/b/a Blarney Stone       )
Sport Bar & Grill, et al.                     )
                                             )
          Defendant(s).                       )

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Phoenix Entertainment Partners  hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

   a.      Its parent companies or corporations (if none, state "none"):

   b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

   c.      Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:   Phoenix Entertainment Partners, LLC. Members, Kurt Slep, a North Carolina citizen; Bass Clef Holdings, LLC, an Arkansas LLC

/s/Keith A. Vogt
Signature (Counsel for Plaintiff/Defendant)
Print Name:  Keith A. Vogt
Address: 1033 South Blvd., Suite 200
City/State/Zip: Oak Park, IL 60302
Phone:  708-203-4787

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
March 29               , 20 17        .

/s/ Keith A. Vogt

Signature